**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: WISMER, MICHAEL C § Case No. 10-73508 | |
| WISMER, MARY A § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/27/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/29/2012          By:  /s/BERNARD J. NATALE
                                     Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: WISMER, MICHAEL C § | Case No. 10-73508 |
| WISMER, MARY A § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $ 6,300.00

*and approved disbursements of*  $ 50.00

*leaving a balance on hand of* [1]  $ 6,250.00

**Balance on hand:**  $ 6,250.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 6,250.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,380.00 | 0.00 | 1,380.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,660.50 | 0.00 | 2,660.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 16.92 | 0.00 | 16.92 |

Total to be paid for chapter 7 administration expenses:  $ 4,057.42
Remaining balance:  $ 2,192.58

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,192.58

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,192.58

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,916.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services NA | 14,998.00 | 0.00 | 1,099.20 |
| 2 | FIA Card Services NA | 9,055.02 | 0.00 | 663.64 |
| 3 | Capital One, N.A. | 685.40 | 0.00 | 50.23 |
| 4 | Chase Bank USA, N.A. | 2,209.54 | 0.00 | 161.94 |
| 5 -2 | Chase Bank USA, N.A. | 1,016.20 | 0.00 | 74.48 |
| 6 | World Financial Network National Bank | 401.13 | 0.00 | 29.40 |
| 7 | GE Money Bank | 1,551.24 | 0.00 | 113.69 |

Total to be paid for timely general unsecured claims: $ 2,192.58
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance:   $   0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 10-73508-MB
Michael C Wismer                                                            Chapter 7
Mary A Wismer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Jun 08, 2012
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2012.
```
db/jdb     +Michael C Wismer,   Mary A Wismer,   3312 Cornflower Way,   Spring Grove, IL 60081-8345
15850883   +Capital One Bank USA, NA,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4704
17543450   +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
15850884   +Chase,   Bankruptcy Department,   P O Box 15298,   Wilmington, DE 19850-5298
17570513    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17512385    FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
15850885   +Fifth Third Bank,   C/O Bankruptcy Dept, MDROPSO5,   1850 E. Paris,   Grand Rapids, MI 49546-6210
15850888   +HSBC Bank,   Attn: Bankruptcy,   P O Box 5263,   Carol Stream, IL 60197-5263
15850887   +HSBC Bank,   Attn: Bankruptcy,   P O Box 5253,   Carol Stream, IL 60197-5253
15850886   +Harris N. A.,   CLC Servicing Dept D,   P O Box 5043,   Rolling Meadows, IL 60008-5043
15850881   +Matthew J Ryan,   3101 N Rose St,   Franklin Park, IL 60131-2713
15850890    Menards,   HSBC Retail Services,   P O Box 17602,   Baltimore, MD  21297-1602
15850892   +Wells Fargo Home Mortgage,   P O Box 10335,   Des Moines, IA 50306-0335
15850893   +Wfnnb/Dress Barn,   P O Box 182686,   Columbus, OH 43218-2686
15850880   +Wismer Mary A,   3312 Cornflower Way,   Spring Grove, IL 60081-8345
15850879   +Wismer Michael C,   3312 Cornflower Way,   Spring Grove, IL 60081-8345
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17806835    E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2012 03:43:26     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15850889   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 09 2012 01:51:03     Kohls/Chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15850891   +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2012 02:22:28     Stein Mart,   P O Box 981416,
             El Paso, TX 79998-1416
17714836    E-mail/Text: bnc-alliance@quantum3group.com Jun 09 2012 03:53:56
             World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
             Kirkland, WA  98083-0788
                                                                                              TOTAL: 4
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15850882   ##+Bank of America,   P O Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2012**              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett            Page 2 of 2            Date Rcvd: Jun 08, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2012 at the address(es) listed below:
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale     natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Matthew J Ryan    on behalf of Debtor Michael Wismer mr60131@yahoo.com, regina-ryan@sbcglobal.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                                 TOTAL: 5

Case 10-73508   Doc 42   Filed 06/08/12   Entered 06/10/12 23:25:27   Desc Imaged
Certificate of Notice   Page 7 of 7