# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: WISMER, MICHAEL C                       § Case No. 10-73508
       WISMER, MARY A                          §
                                               §
                                               §
Debtor(s)                                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $428,759.00 *(without deducting any secured claims)* | Assets Exempt: $31,225.00 |
| Total Distribution to Claimants: $2,192.58 | Claims Discharged Without Payment: $58,636.57 |
| Total Expenses of Administration: $4,107.42 | |

    3) Total gross receipts of $ 6,300.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,300.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

                        Document      Page 2 of 8

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $415,610.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,107.42 | 4,107.42 | 4,107.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,796.24 | 29,916.53 | 29,916.53 | 2,192.58 |
| **TOTAL DISBURSEMENTS** | $474,406.24 | $36,023.95 | $34,023.95 | $6,300.00 |

    4) This case was originally filed under Chapter 7 on July 14, 2010. The case was pending for 26 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/29/2012          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misceellaneous furniture audio, video, and compu | 1129-000 | 4,200.00 |
| 2004 Chevy Tahoe | 1129-000 | 2,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$6,300.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N. A. CLC Servicing Dept D | 4110-000 | 243,247.27 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 161,330.73 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 11,032.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$415,610.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 16.92 | 16.92 | 16.92 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,660.50 | 2,660.50 | 2,660.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 1,380.00 | 1,380.00 | 1,380.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,107.42 | $4,107.42 | $4,107.42 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA Card Services NA | 7100-000 | 14,751.00 | 14,998.00 | 14,998.00 | 1,099.20 |
| 2 | FIA Card Services NA | 7100-000 | 8,857.00 | 9,055.02 | 9,055.02 | 663.64 |
| 3 | Capital One, N.A. | 7100-000 | N/A | 685.40 | 685.40 | 50.23 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 2,095.00 | 2,209.54 | 2,209.54 | 161.94 |
| 5 -2 | Chase Bank USA, N.A. | 7100-000 | 877.00 | 1,016.20 | 1,016.20 | 74.48 |
| 6 | World Financial Network National Bank | 7100-000 | unknown | 401.13 | 401.13 | 29.40 |
| 7 | GE Money Bank | 7100-000 | 1,303.62 | 1,551.24 | 1,551.24 | 113.69 |
| NOTFILED | HSBC Bank | 7100-000 | 2,888.00 | N/A | N/A | 0.00 |
| NOTFILED | Dress Barn | 7100-000 | 292.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 619.05 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank | 7100-000 | 232.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Capital One Bank USA, NA | 7100-000 | 26,159.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards HSBC Retail Services | 7100-000 | 722.57 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$58,796.24** | **$29,916.53** | **$29,916.53** | **$2,192.58** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73508  
**Case Name:** WISMER, MICHAEL C  
WISMER, MARY A  
**Period Ending:** 08/29/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/14/10 (f)  
**§341(a) Meeting Date:** 08/30/10  
**Claims Bar Date:** 09/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family residence at 3312 Cornflower Way, | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | State Bank of the Lakes, checking account | 800.00 | 3,034.00 | DA | 0.00 | FA |
| 3 | State Bank of the Lakes, savings account in bank | 109.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misceellaneous furniture audio, video, and compu | 300.00 | 5,440.00 | | 4,200.00 | FA |
| 5 | Necessary wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | pension other pension or profit sharing plans. G | 18,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1999 Monte Carlo | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Chevy Tahoe  Trustee's Objection to co-debtor's exemption in auto is allowed per ordered entered on 10/4/10 | 9,000.00 | 2,400.00 | | 2,100.00 | FA |
| 9 | 2009 Cobalt auto | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | **Assets Totals** (Excluding unknown values) | **$438,059.00** | **$10,874.00** | | **$6,300.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

COMPROMISE FOR SALE OF NON EXEMPT ASSETS APPROVED AND BEING COLLECTED.

**Initial Projected Date Of Final Report (TFR):**   July 31, 2012        **Current Projected Date Of Final Report (TFR):**   May 30, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73508 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | WISMER, MICHAEL C | | Bank Name: | The Bank of New York Mellon |
| | WISMER, MARY A | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***7716 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 08/29/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/01/11 | {8} | Michael Wismer | Pymt on Compromise | 1129-000 | 300.00 | | 300.00 |
| 01/03/12 | {8} | Michael Wismer | Pymt on Non-Exempt Assets/Compromise | 1129-000 | 300.00 | | 600.00 |
| 02/02/12 | {8} | Michael Wismer | Pymt on Compromise | 1129-000 | 300.00 | | 900.00 |
| 03/05/12 | {8} | Michael Wismer | Payment Re: Compromise | 1129-000 | 300.00 | | 1,200.00 |
| 03/27/12 | | Michael Wismer | Pymt on Compromise from 2011 Tax Return | | 4,595.00 | | 5,795.00 |
| | {8} | | Payment on Compromise 900.00 | 1129-000 | | | 5,795.00 |
| | {4} | | Payment on Compromise 3,695.00 | 1129-000 | | | 5,795.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,770.00 |
| 04/09/12 | {4} | Michael Wismer | Pymt on Compromise | 1129-000 | 305.00 | | 6,075.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,050.00 |
| 05/07/12 | {4} | Michael Wismer | Final Payment on Compromise | 1129-000 | 200.00 | | 6,250.00 |
| 06/27/12 | 1001 | BERNARD J. NATALE | Dividend paid 100.00% on $1,380.00, Trustee Compensation; Reference: | 2100-000 | | 1,380.00 | 4,870.00 |
| 06/27/12 | 1002 | Capital One, N.A. | Distribution paid 7.32% on $685.40; Claim# 3; Filed: $685.40; Reference: | 7100-000 | | 50.23 | 4,819.77 |
| 06/27/12 | 1003 | World Financial Network National Bank | Distribution paid 7.32% on $401.13; Claim# 6; Filed: $401.13; Reference: | 7100-000 | | 29.40 | 4,790.37 |
| 06/27/12 | 1004 | GE Money Bank | Distribution paid 7.32% on $1,551.24; Claim# 7; Filed: $1,551.24; Reference: | 7100-000 | | 113.69 | 4,676.68 |
| 06/27/12 | 1005 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,677.42 | 1,999.26 |
| | | | Dividend paid 100.00% 2,660.50 on $2,660.50; Claim# ATTY; Filed: $4,660.50 | 3110-000 | | | 1,999.26 |
| | | | Dividend paid 100.00% 16.92 on $16.92; Claim# EXP; Filed: $16.92 | 3120-000 | | | 1,999.26 |
| 06/27/12 | 1006 | Chase Bank USA, N.A. | Combined Check for Claims#4,5 -2 | | | 236.42 | 1,762.84 |
| | | | Dividend paid 7.32% on 161.94 $2,209.54; Claim# 4; Filed: $2,209.54 | 7100-000 | | | 1,762.84 |
| | | | Dividend paid 7.32% on 74.48 $1,016.20; Claim# 5 -2; Filed: $1,016.20 | 7100-000 | | | 1,762.84 |
| 06/27/12 | 1007 | FIA Card Services NA | Combined Check for Claims#1,2 | | | 1,762.84 | 0.00 |
| | | | Dividend paid 7.32% on 1,099.20 $14,998.00; Claim# 1; | 7100-000 | | | 0.00 |

Subtotals :   $6,300.00   $6,300.00

{} Asset reference(s)    Printed: 08/29/2012 02:36 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 10-73508 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | WISMER, MICHAEL C | | **Bank Name:** | The Bank of New York Mellon |
| | WISMER, MARY A | | **Account:** | 9200-******54-65 - Checking Account |
| **Taxpayer ID #:** | **-***7716 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 08/29/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $14,998.00 | | | | |
| | | | Dividend paid  7.32% on  663.64<br>$9,055.02;  Claim# 2;<br>Filed: $9,055.02 | 7100-000 | | | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 6,300.00 | 6,300.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 6,300.00 | 6,300.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$6,300.00** | **$6,300.00** | |

Net Receipts :   6,300.00

Net Estate :   $6,300.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******54-65** | 6,300.00 | 6,300.00 | 0.00 |
| | **$6,300.00** | **$6,300.00** | **$0.00** |

{} Asset reference(s)                                                                                                                                Printed: 08/29/2012 02:36 PM    V.13.03